853 A.2d 908

IN THE MATTER OF STANLEY G. SMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 262931970).

August 4, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the
Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11
seeking the immediate temporary suspension of **STANLEY G.
SMITH** of **PLAINFIELD**, who was admitted to the bar of this
State in 1970, and good cause appearing;

It is ORDERED that **STANLEY G. SMITH** is temporarily
suspended from the practice of law, effective immediately and
until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New
Jersey financial institution maintained by **STANLEY G. SMITH**
pursuant to *Rule* 1:21–6, be restrained from disbursement except
on application to this Court, for good cause shown, and shall be
transferred by the financial institution to the Clerk of the Superior
Court, who is directed to deposit the funds in the Superior Court
Trust Fund pending further Order of this Court; and it is further

ORDERED that **STANLEY G. SMITH** be restrained and
enjoined from practicing law during the period of his suspension;
and it is further

ORDERED that **STANLEY G. SMITH** comply with *Rule* 1:20–
20 dealing with suspended attorneys.